Case 3:07-cv-00231-IEG-POR   Document 1-3   Filed 02/02/2007   Page 1 of 2

ORIGINAL

1  Jeffrey G. Randall (CA Bar No. 130811)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue
   Palo Alto, CA 94301
3  (650) 470-4500

4  Allan M. Soobert
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5  1440 New York Avenue
   Washington, DC 20005
6  (202) 371-7000

7  David Peyman (CA Bar No. 234268)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  300 South Grand Avenue, Suite 3400
   Los Angeles, CA 90071
9  (213) 687-5000

10 Attorneys for Defendants
   eBay Inc. and Half.com, Inc.

11

12



FILED
FEB 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

13              IN THE UNITED STATES DISTRICT COURT

14                 SOUTHERN DISTRICT OF CALIFORNIA

15                                          '07CV 231 IEG

16 MERCEXCHANGE, L.L.C.,          )    Miscellaneous Case No. _____
                                  )
17            Plaintiff,          )    (Case No. 2:01-CV-736 Pending in the United
                                  )    States District Court for the Eastern District of
18       v.                       )    Virginia)
                                  )
19 eBAY INC. AND HALF.COM, INC.,  )    DECLARATION OF DAVID PEYMAN
                                  )    IN SUPPORT OF DEFENDANTS
20            Defendants.         )    EBAY INC.'S AND HALF.COM,
                                  )    INC.'S MOTION TO COMPEL FISH &
21                                )    RICHARDSON TO COMPLY WITH A
                                  )    SUBPOENA *DUCES TECUM*
22                                )

23

24 I, David Peyman, declare as follows:

25      1.     I am an attorney admitted to practice before this Court.  I am an attorney with

26 Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for eBay Inc. and Half.com, Inc. in

27 this action.  I have personal knowledge of the facts herein and, if called as a witness, could and

28 would testify competently as to their truth.

                              1
              DECL. SUPPORTING DEFENDANTS' MOTION TO COMPEL FISH
              & RICHARDSON TO COMPLY WITH SUBPOENA *DUCES TECUM*
                              Case No. _____

VIA FAX

1    2.    Attached hereto as Exhibit 1 is a true and correct copy of *MercExchange, L.L.C. v.*

2  *eBay Inc.*, 2006 U.S. Dist. LEXIS 91059 (E.D. Va. Dec. 18, 2006).

3    3.    Attached hereto as Exhibit 2 is a true and correct copy of eBay's Requests for

4  Production to Fish &Richardson, dated January 12, 2007.

5    4.    Attached hereto as Exhibit 3 is a true and correct copy of a letter from Brian J.

6  Ankenbrandt to John Steele discussing meeting and conferring, dated January 26, 2007.

7    5.    Attached hereto as Exhibit 4 is a true and correct copy of Fish & Richardson's

8  Objections to eBay's Subpoena Duces Tecum, dated January 16, 2007.

9    6.    Attached hereto as Exhibit 5 is a true and correct copy of a letter from Jeffrey G.

10  Randall to John J. Steele, which provides notice of the filing of the instant motion, dated

11  February 1, 2007.

12    7.    Attached hereto as Exhibit 6 is a true and correct copy of *Bariteau v. Krane*, 206

13  F.R.D. 129 (W.D. Ky. 2001).

14    8.    Attached hereto as Exhibit 7 is a true and correct copy of *Garrett v. Sprint PCS*,

15  2002 U.S. Dist. LEXIS 1914 at *3 (D. Kan. Jan. 31, 2002).

16    9.    Attached hereto as Exhibit 8 is a true and correct copy of the stipulated protective

17  order signed by this the United States District Court for the Eastern District of Virginia on

18  March 8, 2002 (Dkt. 26).

19    I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct and that this Declaration was executed on February 2, 2007, at Los

21  Angeles, CA.

22

23    _____
        David Peyman (CA Bar No. 234268)

24

25

26

27

28

2    **DECL. SUPPORTING DEFENDANTS' MOTION TO COMPEL FISH
& RICHARDSON TO COMPLY WITH SUBPOENA *DUCES TECUM*
Case No. _____**