**ORIGINAL**

Jeffrey G. Randall (CA Bar No. 130811)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue
Washington, DC 20005
(202) 371-7000

David Peyman (CA Bar No. 234268)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Attorneys for Defendants
eBay Inc. and Half.com, Inc.

**FILED**
FEB 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07CV 231 IEG

| | |
|---|---|
| MERCEXCHANGE, L.L.C., | Miscellaneous Case No. _____ |
| Plaintiff, | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| v. | |
| eBAY INC. AND HALF.COM, INC., | **PROOF OF SERVICE** |
| Defendants. | |

VIA FAX

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in a satellite office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 525 University Avenue, Suite 1100, Palo Alto, CA 94301.

On February 2, 2007, I served a copy of the following documents **(1) Motion to Compel Fish & Richardson P.C. to Comply with a Subpoena** *Duces Tecum*; **(2) Defendants eBay**

1

PROOF OF SERVICE
Case No. _____

1  Inc.'s and Half.com, Inc.'s Memorandum in Support of Their Motion to Compel Fish &
2  Richardson P.C. to Comply with a Subpoena *Duces Tecum*; (3) Declaration of David Peyman
3  in Support oOf Defendants eBay Inc.'s and Half.com, Inc.'s Motion to Compel Fish &
4  Richardson to Comply with a Subpoena *Duces Tecum*; (4) [Proposed] Order; and (5) Notice
5  of Party with Financial Interest in the manner described below:

6      **(BY OVERNIGHT COURIER)** I am readily familiar with the business practice
of Skadden, Arps, Slate, Meagher & Flom LLP for the collection and processing
7  of correspondence for overnight delivery, and I caused such documents described
herein to be deposited for delivery to a facility regularly maintained by FedEx for
8  overnight delivery.

10  on the following parties in this action:

11      John J. Steele, Esq.
    Fish & Richardson P.C.
12      500 Arguello Street, Suite 500
13      Redwood City, CA  94063-1526

14      Gregory N. Stillman, Esquire
    Hunton & Williams
15      SunTrust Center #1000
    Norfolk, VA  23510
16

17      Scott L. Robertson, Esquire
    Hunton & Williams
18      1900 K Street, N.W.
    Washington, DC  20006
19

20      Seth P. Waxman, Esquire
    Wilmer, Cutler, Pickering, Hale and Dorr LLP
21      1875 Pennsylvania Avenue, N.W.
    Washington, DC  20006
22

23  Executed on February 2, 2007, in Palo Alto, California.

24

25  _____
26                            Yvonne Chen