**ORIGINAL**

Jeffrey G. Randall (CA Bar No. 130811)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue
Washington, DC 20005
(202) 371-7000

David Peyman (CA Bar No. 234268)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Attorneys for Defendants
eBay Inc. and Half.com, Inc.



FILED
FEB 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07CV 231 IEG

| | |
|---|---|
| MERCEXCHANGE, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> eBAY INC. AND HALF.COM, INC., <br><br> Defendants. | Miscellaneous Case No. _____ <br><br> (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for eBay Inc. ("eBay") and Half.com, Inc. ("Half.com") certifies the following:

Defendant eBay has no parent company, and it does not own 10 percent or more of the stock in any publicly held company.

1

DEFENDANTS' FINANCIAL DISCLOSURE STATEMENT
Case No. _____

1  Defendant Half.com is a wholly-owned subsidiary of eBay, and it has no other parents,
2  subsidiaries, or affiliates.

4  Dated: 2-2-07                    Respectfully submitted,

   _____
   David Peyman

   Attorneys for Defendants
   eBay Inc. and Half.com, Inc.