

1  Jeffrey G. Randall (CA Bar No. 130811)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue
   Palo Alto, CA 94301
3  (650) 470-4500

4  Allan M. Soobert
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5  1440 New York Avenue
   Washington, DC 20005
6  (202) 371-7000

7  David Peyman (CA Bar No. 234268)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  300 South Grand Avenue, Suite 3400
   Los Angeles, CA 90071
9  (213) 687-5000

10 Attorneys for Defendants
   eBay Inc. and Half.com, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07CV 231 IEG

| MERCEXCHANGE, L.L.C., | ) | Miscellaneous Case No. _____ |
|---|---|---|
| Plaintiff, | ) | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| v. | ) | |
| eBAY INC. AND HALF.COM, INC., | ) | **MOTION FOR AN ORDER SHORTENING THE TIME FOR BRIEFING AND A HEARING** |
| Defendants. | ) | |

Defendants eBay Inc. ("eBay") and Half.com, Inc.("Half.com") respectfully move *ex parte* for an order shortening the time for briefing and a hearing on their concurrently filed Motion to Compel Fish & Richardson P.C. to Comply with a Subpoena *Duces Tecum*. See Civil Rule 7.1(e)(5).

Dated: February 2, 2007

Respectfully submitted,

David Peyman (CA Bar No. 234268)
Attorneys for eBay Inc. and Half.com, Inc.

DEFENDANTS' MOTION FOR AN ORDER SHORTENING THE
TIME FOR BRIEFING AND A HEARING
Case No. _____

1