**ORIGINAL**

Jeffrey G. Randall (CA Bar No. 130811)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue
Washington, DC 20005
(202) 371-7000

David Peyman (CA Bar No. 234268)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Attorneys for Defendants
eBay Inc. and Half.com, Inc.

FILED
FEB 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CV 231 IEG

| | |
|---|---|
| MERCEXCHANGE, L.L.C., | Miscellaneous Case No. _____ |
| Plaintiff, | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| v. | |
| eBAY INC. AND HALF.COM, INC., | **DECLARATION OF DAVID PEYMAN IN SUPPORT OF DEFENDANTS EBAY INC.'S AND HALF.COM, INC.'S MEMORANDUM IN SUPPORT OF THEIR EX PARTE MOTION FOR AN ORDER SHORTENING THE TIME FOR BRIEFING AND A HEARING** |
| Defendants. | |

I, David Peyman, declare as follows:

1. I am an attorney admitted to practice before this Court. I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for eBay Inc. and Half.com, Inc. in

1  this action. I have personal knowledge of the facts herein and, if called as a witness, could and
2  would testify competently as to their truth.
3      2.    Attached hereto as Exhibit 1 is a true and correct copy of *MercExchange, L.L.C. v.*
4  *eBay Inc.*, 2006 U.S. Dist. LEXIS 91059 (E.D. Va. Dec. 18, 2006).
5      3.    Attached hereto as Exhibit 2 is a true and correct copy of eBay's Requests for
6  Production to Fish &Richardson, dated January 12, 2007.
7       I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct and that this Declaration was executed on February 2, 2007, at Los
9  Angeles, CA.

_____
David Peyman (CA Bar No. 234268)

2    DECL. SUPPORTING DEFENDANTS' *EX PARTE* MTN FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING
Case No. _____