ORIGINAL

1  Jeffrey G. Randall (CA Bar No. 130811)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue
   Palo Alto, CA 94301
3  (650) 470-4500

4  Allan M. Soobert
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5  1440 New York Avenue
   Washington, DC 20005
6  (202) 371-7000

7  David Peyman (CA Bar No. 234268)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  300 South Grand Avenue, Suite 3400
   Los Angeles, CA 90071
9  (213) 687-5000

10 Attorneys for Defendants
   eBay Inc. and Half.com, Inc.



FILED
FEB 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C., | Miscellaneous Case No. 07CV231 IEG |
| Plaintiff, | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| v. | |
| eBAY INC. AND HALF.COM, INC., | **PROOF OF SERVICE** |
| Defendants. | |

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in a satellite office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 525 University Avenue, Suite 1100, Palo Alto, CA 94301.

On February 2, 2007, I served a copy of the following documents **(1) Motion for an Order Shortening the Time for Briefing and a Hearing; (2) Defendants eBay Inc.'s and Half.com,**

1

PROOF OF SERVICE
Case No. _____

1 | Inc.'s Memorandum in Support of Their Ex Parte Motion for an Order Shortening the Time
2 | for Briefing and a Hearing; (3) Declaration of David Peyman in Support of Defendants eBay
3 | Inc.'s and Half.com, Inc.'s Memorandum in Support of Their Ex Parte Motion for an Order
4 | Shortening the Time for Briefing and a Hearing; (4) [Proposed] Order in the manner described
5 | below:

**(BY OVERNIGHT COURIER)** I am readily familiar with the business practice of Skadden, Arps, Slate, Meagher & Flom LLP for the collection and processing of correspondence for overnight delivery, and I caused such documents described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

on the following parties in this action:

> John J. Steele, Esq.
> Fish & Richardson P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA  94063-1526
>
> Gregory N. Stillman, Esquire
> Hunton & Williams
> SunTrust Center #1000
> Norfolk, VA  23510
>
> Scott L. Robertson, Esquire
> Hunton & Williams
> 1900 K Street, N.W.
> Washington, DC  20006
>
> Seth P. Waxman, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006

Executed on February 2, 2007, in Palo Alto, California.

_____
Yvonne Chen