UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC. AND HALF.COM, INC., <br><br> Defendants. | Civil No.  07cv0231-IEG (POR) <br><br> **ORDER GRANTING MOTION FOR ORDER TO SHORTEN TIME FOR BRIEFING AND A HEARING** <br><br> **[Doc. No. 3]** |

On February 2, 2007, Defendants filed a Motion for Order to Shorten Time for Briefing and a Hearing. The Court did not receive Defendants' motion until February 6, 2007. Defendants' motion is granted. Accordingly, IT IS HEREBY ORDERED:

1. Any opposition to Defendants' Motion to Compel Fish & Richardson P.C. to Comply with Subpoena Duces Tecum [Doc. No. 1] shall be filed by **February 9, 2007**.

2. Any reply shall be filed by **noon** on **February 13, 2007**.

3. The motion shall be scheduled for **February 15, 2007** at **2:00 p.m.**  At this time, no

///
///
///
///
///
///
///

- 1 -                                                                                                                       07cv0231

Dockets.Justia.com

oral argument shall be heard. The motion shall be decided on the papers.

DATED: February 6, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: District Judge
   All parties

   **Fish & Richardson**
   Attn: Jennifer D. Schmied
   12390 El Camino Real
   San Diego, CA 92130

   Schmied@fr.com