John Steele (SBN 122872)
FISH & RICHARDSON P.C.
500 Arguello Street
Redwood City, CA 94063
Telephone: (650) 839-5095
Facsimile: (650) 839-5071

Jennifer Schmied (SBN 216605)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4748
Facsimile: (858) 678-5099

Attorneys for Third-Party
Fish & Richardson P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>eBAY INC. AND HALF.COM, INC.,<br><br>Defendants. | Misc. Case No. 07-cv-00231-IEG-POR<br><br>(Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia)<br><br>**DECLARATION OF JENNIFER SCHMIED IN SUPPORT OF FISH & RICHARDSON'S OPPOSITION TO DEFENDANTS EBAY INC. AND HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH A SUBPOENA *DUCES TECUM*** <br><br>Date: February 15, 2007<br>Time: TBD<br>Judge: Hon. Louisa S. Porter<br>Ctrm: H |

I, Jennifer Schmied, declare:

1.  I am an attorney duly licensed to practice law before the courts of this State. I am an associate of the law firm of Fish & Richardson P.C., a third-party which has been subpoenaed to produce documents in the above action. If called to testify to the following, I could do so truthfully, competently and of my own personal knowledge.

DECLARATION OF JENNIFER SCHMIED IN SUPPORT OF FISH &
RICHARDSON'S OPPOSITION TO DEFENDANTS EBAY INC. AND
HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO
COMPLY WITH A SUBPOENA DUCES TECUM
Misc. Case No. 07-cv-00231-IEG-POR

Dockets.Justia.com

2.      Following receipt of Defendants' motion to compel papers, I attempted to contact Defendants' counsel to discuss the motion and the subpoena at issue. I telephoned Defendants' counsel on February 5, 2007 and again on February 6, 2007. I received a call back from Defendants' counsel on February 6, 2007. This is the first call I am aware of Defendants making in response to Fish & Richardson's multiple attempts to meet and confer.

3.      I am informed and believe that Defendants did not contact Magistrate Judge Bradberry before filing their motion to compel with this Court.

4.      I am informed and believe that Plaintiff MercExchange, L.L.C.'s Motion to Enforce Court's December 18 Order and for Protective Order Concerning Defendants' Overbroad Discovery Requests and Attempted Enforcement of Subpoenas *Duces Tecum* will be heard the week of February 12, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 9, 2007 at San Diego, California.

                                                 s/Jennifer Schmied
                                                 JENNIFER SCHMIED

10706443.doc

**PROOF OF SERVICE**

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 9, 2007, I caused a copy of the following document(s):

> DECLARATION OF JENNIFER SCHMIED IN SUPPORT OF FISH & RICHARDSON'S OPPOSITION TO DEFENDANTS EBAY INC. AND HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH A SUBPOENA DUCES TECUM

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Jeffrey Randal, Esq.<br>Skadden, Arps, Late, Meagher & Flom, LLP<br>525 University Avenue<br>Palo Alto, CA  94301 | Attorneys for Defendants eBay, Inc. and half.com, inc. |
| Allan M. Soobert, Esq.<br>Skadden, Arps, Late, Meagher & Flom, LLP<br>1440 New York Avenue<br>Washington, DC 20005 | |
| David Peyman, Esq.<br>Skadden, Arps, Late, Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071 | |

| | | |
|---|---|---|
| 1 | Gregory N. Stillman, Esq.<br>Hunton & Williams<br>Suntrust Center #1000<br>Norfolk, VA 23510 | Attorneys for Defendants Mercexchange LLC |
| | Scott L. Robertson, Esq.<br>Hunton & Wiliams<br>1900 K Street, NW<br>Washington, DC 20006 | |
| | Seth P. Waxman, Esq.<br>Wilmer, Cutler, Pickering, Hale & Dorr<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006 | |

[X] **BY CM/ECF:** I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[ ] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[X] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

[ ] **OVERNIGHT DELIVERY:** Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on February 9, 2007, at San Diego, California.

*Catherine M. Campbell*
Catherine M. Campbell

10706443.doc

4