1  John Steele (SBN 122872)
   FISH & RICHARDSON P.C.
2  500 Arguello Street
   Redwood City, CA 94063
3  Telephone: (650) 839-5095
   Facsimile: (650) 839-5071
4
   Jennifer Schmied (SBN 216605)
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, CA 92130
   Telephone: (858) 678-4748
7  Facsimile: (858) 678-5099

8  Attorneys for Third-Party
   Fish & Richardson P.C.
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MERCEXCHANGE, L.L.C., | Misc. Case No. 07-cv-00231-IEG-POR |
|---|---|
| Plaintiff, | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| v. | |
| eBAY INC. AND HALF.COM, INC., | **DECLARATION OF JOHN STEELE IN SUPPORT OF FISH & RICHARDSON'S OPPOSITION TO DEFENDANTS EBAY INC. AND HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH SUBPOENA *DUCES TECUM*** |
| Defendants. | |
| | Date: February 15, 2007<br>Time: TBD<br>Judge: Hon. Louisa S. Porter<br>Ctrm: H |

I, John Steele, declare:

1.  I am an attorney duly licensed to practice law before the courts of this State. I am the Ethics & Conflicts Director and Special Counsel for Fish & Richardson P.C. If called to testify to the following, I could do so truthfully, competently and of my own personal knowledge.

DECLARATION OF JOHN STEELE IN SUPPORT OF FISH &
RICHARDSON'S OPPOSITION TO DEFENDANTS EBAY INC. AND
HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO
COMPLY WITH SUBPOENA DUCES TECUM
Misc. Case No. 07-cv-00231-IEG-POR

dockets.Justia.com

2.  After sending a letter to Defendants' counsel on January 16, 2007 objecting to the subpoena at issue in Defendants' motion to compel, and prior to receiving their notice of intent to file a motion to compel, I attempted on three separate occasions to contact Defendants' counsel to meet and confer on the subpoena. On all three occasions, I left a message requesting a return phone call. In my last call to Defendants' counsel, I specifically stated that if they were running in to court, it was my request that they tell the court that they had not returned my calls. None of my calls were returned.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 9, 2007 at Silicon Valley, California.

_____
JOHN STEELE

Steele.doc

# **PROOF OF SERVICE**

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 9, 2007, I caused a copy of the following document(s):

> DECLARATION OF JOHN STEELE IN SUPPORT OF FISH & RICHARDSON'S OPPOSITION TO DEFENDANTS EBAY INC. AND HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH SUBPOENA DUCES TECUM

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Jeffrey Randal, Esq.<br>Skadden, Arps, Late, Meagher & Flom, LLP<br>525 University Avenue<br>Palo Alto, CA 94301 | Attorneys for Defendants eBay, Inc. and half.com, inc. |
| Allan M. Soobert, Esq.<br>Skadden, Arps, Late, Meagher & Flom, LLP<br>1440 New York Avenue<br>Washington, DC 20005 | |
| David Peyman, Esq.<br>Skadden, Arps, Late, Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | |

|   |   |
|---|---|
| Gregory N. Stillman, Esq.<br>Hunton & Williams<br>Suntrust Center #1000<br>Norfolk, VA 23510 | Attorneys for Defendants Mercexchange LLC |

Scott L. Robertson, Esq.
Hunton & Wiliams
1900 K Street, NW
Washington, DC 20006

Seth P. Waxman, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
1875 Pennsylvania Avenue NW
Washington, DC 20006

[X] **BY CM/ECF:** I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[ ] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[X] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

[ ] **OVERNIGHT DELIVERY:** Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on February 9, 2007, at San Diego, California.

*Catherine M. Campbell*
Catherine M. Campbell

10706435.doc