1    John Steele (SBN 122872)
     FISH & RICHARDSON P.C.
2    500 Arguello Street
     Redwood City, CA 94063
3    Telephone: (650) 839-5095
     Facsimile: (650) 839-5071
4
     Jennifer Schmied (SBN 216605)
5    FISH & RICHARDSON P.C.
     12390 El Camino Real
6    San Diego, CA 92130
     Telephone: (858) 678-4748
7    Facsimile: (858) 678-5099
8    Attorneys for Third-Party
     Fish & Richardson P.C.
9

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12

13
     MERCEXCHANGE, L.L.C.,                    Misc. Case No. 07-cv-00231-IEG-POR
14
                    Plaintiff,                (Case No. 2:01-CV-736 Pending in the United
15                                            States District Court for the Eastern District of
          v.                                  Virginia)
16
     eBAY INC. AND HALF.COM, INC.,            **FISH & RICHARDSON'S REQUEST TO
17                                            TAKE JUDICIAL NOTICE IN SUPPORT
                    Defendants.               OF OPPOSITION TO DEFENDANTS
18                                            EBAY INC. AND HALF.COM'S MOTION
                                              TO COMPEL FISH & RICHARDSON TO
19                                            COMPLY WITH A SUBPOENA *DUCES
                                              TECUM***
20
                                              Date:   February 15, 2007
21                                            Time:   TBD
                                              Judge:  Hon. Louisa S. Porter
22                                            Ctrm:   H

23
                TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
24
                PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Evidence Rule 201, third-
25
     party Fish & Richardson P.C. respectfully requests that the Court take judicial notice of the
26
     following court records:
27

28
                              FISH & RICHARDSON'S REQUEST TO TAKE JUDICIAL NOTICE
                              IN SUPPORT OF OPPOSITION TO DEFENDANTS EBAY INC. AND
                              HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO
                              COMPLY WITH A SUBPOENA DUCES TECUM
                              Misc. Case No. 07-cv-00231-IEG-POR□

Dockets.Justia.com

1.      Order and Opinion filed December 18, 2006 in the United States District Court Eastern District of Virginia Norfolk Division in Civil Action No. 2:01-CV-736 entitled *MercExchange, L.L.C. v. eBay Inc. and Half.com, Inc.*, a copy of which is attached hereto as Exhibit A.

2.      Plaintiff MercExchange, L.L.C.'s Brief in Support of Motion to Enforce Court's December 18 Order and for Protective Order Concerning Defendants' Overbroad Discovery Requests and Attempted Enforcement of Subpoenas *Duces Tecum*, filed on February 9, 2007 in the United States District Court Eastern District of Virginia, in Civil Action No. 2:01-CV-736 entitled *MercExchange, L.L.C. v. eBay Inc. and Half.com, Inc.*, a copy of which is attached hereto as Exhibit B.

Dated: February 9, 2007                          FISH & RICHARDSON P.C.


                                                 By:   s/Jennifer D. Schmied
                                                     Jennifer D. Schmied
                                                     schmied@fr.com

                                                 Attorneys for Third-Party
                                                 Fish & Richardson P.C.

10706964.doc

**PROOF OF SERVICE**

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 9, 2007, I caused a copy of the following document(s):

FISH & RICHARDSON'S REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS EBAY INC. AND HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH A SUBPOENA DUCES TECUM

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Jeffrey Randal, Esq.                          Attorneys for Defendants eBay, Inc. and
Skadden, Arps, Late, Meagher & Flom,          half.com, inc.
LLP
525 University Avenue
Palo Alto, CA  94301

Allan M. Soobert, Esq.
Skadden, Arps, Late, Meagher & Flom,
LLP
1440 New York Avenue
Washington, DC 20005

David Peyman, Esq.
Skadden, Arps, Late, Meagher & Flom,
LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

Gregory N. Stillman, Esq.                    Attorneys for Defendants Mercexchange
Hunton & Williams                            LLC
Suntrust Center #1000
Norfolk, VA  23510

Scott L. Robertson, Esq.
Hunton & Wiliams
1900 K Street, NW
Washington, DC  20006

Seth P. Waxman, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
1875 Pennsylvania Avenue NW
Washington, DC  20006

| | | |
|---|---|---|
| **[ X ]** | **BY CM/ECF:** | I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California. |
| **[   ]** | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| **[   ]** | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above.  Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| **[ X ]** | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| **[   ]** | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    I declare under penalty of perjury that the above is true and correct.  Executed on February 9, 2007, at San Diego, California.

*Catherine M Campbell*
Catherine M. Campbell

10706964.doc

FISH & RICHARDSON'S REQUEST TO TAKE JUDICIAL NOTICE
IN SUPPORT OF OPPOSITION TO DEFENDANTS EBAY INC. AND
HALF.COM'S MOTION TO COMPEL FISH & RICHARDSON TO
COMPLY WITH A SUBPOENA DUCES TECUM