Case 3:07-cv-00231-IEG-POR    Document 8    Filed 02/09/2007    Page 1 of 2

Dockets.Justia.com

```
 1  HUNTON & WILLIAMS LLP
    ANN MARIE MORTIMER (State Bar No. 169077)
 2  550 South Hope Street, Suite 2000
    Los Angeles, CA 90071
 3  Telephone: (213) 532-2000
    Fax: (213) 532-2020
 4  Email: amortimer@hunton.com
 5
 6  Attorneys for Plaintiff
    MERCEXCHANGE, L.L.C.
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C., <br><br>Plaintiff, <br><br>v. <br><br>eBAY INC. AND HALF.COM, INC., <br><br>Defendants. | MISCELLANEOUS CASE NO. 07CV0231-IEG (POR) <br><br>(Case NO. 2:01-CV-736 Pending in the United States District Court the for Eastern District of Virginia) <br><br>THE HONORABLE LOUISA S. PORTER <br><br>PLAINTIFF MERCEXCHANGE, L.L.C.'S NOTICE OF MOTION AND MOTION TO QUASH DEFENDANTS' SUBPOENA *DUCES TECUM* UPON FISH & RICHARDSON P.C. <br><br>Date: February 15, 2007 <br>Time: 2:00 pm <br>Ctrm: H |

Misc. Case No. 07CV0231-IEG (POR).

**PLEASE TAKE NOTICE TO DEFENDANTS' eBAY, INC AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on February 15, 2007 at 2:00 p.m. or soon thereafter as counsel may be heard by the above-entitled court located at 800 Front Street, San Diego, California 92101 in the courtroom of the Honorable Louisa Porter, Plaintiff MercExchange L.L.C. will and hereby does respectfully move the court for a motion to quash Defendants' subpoena *duces tecum* upon fish & Richardson, P.C., pursuant to Fed.R.Civ.P. 26(c) and 45(c).

The grounds for this motion are set forth in detail in the accompanying brief in support, and in MercExchange's brief in opposition to defendants' motion to compel enforcement of the subpoena.

DATED: February 9, 2007

HUNTON & WILLIAMS LLP

By: /s/ Ann Marie Mortimer
ANN MARIE MORTIMER
Attorneys for Plaintiff
MERCEXCHANGE, L.L.C.