| | |
|---|---|
| 1 | HUNTON & WILLIAMS LLP |
| 2 | ANN MARIE MORTIMER (State Bar No. 169077)<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071 |
| 3 | Telephone: (213) 532-2000<br>Fax: (213) 532-2020 |
| 4 | Email: amortimer@hunton.com |

Dockets.Justia.com

Attorneys for Plaintiff
MERCEXCHANGE, L.L.C.,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>eBAY INC. AND HALF.COM, INC.,<br><br>　　　　　Defendants. | MISCELLANEOUS CASE NO.<br>07CV0231-IEG (POR)<br><br>(Case NO. 2:01-CV-736 Pending in the United States District Court the for Eastern District of Virginia)<br><br>THE HONORABLE LOUISA S. PORTER<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF MERCEXCHANGE, L.L.C.'S MOTION TO QUASH SUBPOENA *DUCES TECUM* UPON FISH & RICHARDSON P.C. AND DENYING DEFENDANTS' MOTION TO COMPEL<br><br>Date:　February 15, 2007<br>Time:　2:00 pm<br>Ctrm:　H |

Having read and considered Plaintiff MercExchange, L.L.C.'s brief in support of motion to quash subpoena *duces tecum* upon Fish & Richardson P.C., and good cause appearing, the Court GRANTS Plaintiff MercExchange, L.L.C.'s motion to quash the subpoena *duces tecum* served by defendants upon Fish & Richardson, P.C., MercExchange's law firm.

The court further DENIES Defendants' Motion to Compel Fish & Richardson, P.C. to comply with the subpoena *duces tecum*.

**IT IS SO ORDERED.**

DATED: February ____, 2006

_____
THE HONORABLE LOUISA S. PORTER
United States District Court Judge

1

Misc. Case No. 07CV0231-IEG (POR).