Dockets.Justia.com

1  HUNTON & WILLIAMS LLP
   ANN MARIE MORTIMER (State Bar No. 169077)
2  550 South Hope Street, Suite 2000
   Los Angeles, CA 90071
3  Telephone: (213) 532-2000
   Fax: (213) 532-2020
4  Email: amortimer@hunton.com

5

6  Attorneys for Plaintiff
   MERCEXCHANGE, L.L.C.,

7

8

9              UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11

| 12 | MERCEXCHANGE, L.L.C., | MISCELLANEOUS CASE NO. **07CV0231-IEG (POR)** |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **(Case NO. 2:01-CV-736 Pending in the United States District Court the for Eastern District of Virginia)** |
| 15 | | |
| 16 | eBAY INC. AND HALF.COM, INC., | **THE HONORABLE LOUISA S. PORTER** |
| 17 | Defendants. | |
| 18 | | **PROOF OF SERVICE** |
| 19 | | Date:    February 15, 2007 |
| 20 | | Time:    2:00 pm |
| 21 | | Ctrm:    H |

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employee with the firm of Hunton & Williams LLP in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

**On February 9, 2007, I electronically served the foregoing document(s) described as:**

(1)    PLAINTIFF MERCEXCHANGE, L.L.C.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL FISH & RICHARDSON P.C. TO COMPLY WITH A SUBPOENA DUCES TECUM

(2)    DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF PLAINTIFF MERCEXCHANGE, L.L.C.'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ENFORCEMENT OF SUBPOENA *DUCES TECUM* UPON FISH & RICHARDSON P.C.  [WITH EXHIBITS 1-5]

(3)    PLAINTIFF MERCEXCHANGE, L.L.C.'S BRIEF IN SUPPORT OF MOTION TO QUASH SUBPOENA *DUCES TECUM* UPON FISH & RICHARDSON P.C.

(4)    PLAINTIFF MERCEXCHANGE, L.L.C.'S NOTICE OF MOTION TO QUASH DEFENDANTS' SUBPOENA *DUCES TECUM* UPON FISH & RICHARDSON P.C.

(5)    [PROPOSED] ORDER GRANTING PLAINTIFF MERCEXCHANGE, L.L.C.'S MOTION TO QUASH SUBPOENA *DUCES TECUM* UPON FISH & RICHARDSON P.C. AND DENYING DEFENDANTS' MOTION TO COMPEL

(6)    PROOF OF ELECTRONIC SERVICE

**X        By Electronic Service: through United States District Court, Southern District, Electronic Court Filing (ECF) to the following parties:**

**SEE ATTCHED RIDER**

1

**Misc. Case No. 07CV0231-IEG (POR)**

# RIDER

**Jeffrey G. Randall, Esq.**
**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP**
525 University Avenue
Palo Alto, California 94301
**Email: jrandall@skadden.com**
**Attorneys for Defendants**

**David Peyman, Esq.**
**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: dpeyman@skadden.com
**Attorneys for Defendants**

☒     (Federal):  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 9, 2007, Los Angeles, California.

_____/s/  Sherrill Soliz_____
SHERRILL SOLIZ

## SIGNATURE ATTESTATION

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.**

2