Jeffrey G. Randall (CA Bar No. 130811)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue
Washington, DC 20005
(202) 371-7000

David Peyman (CA Bar No. 234268)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Attorneys for Defendants
eBay Inc. and Half.com, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> eBAY INC. AND HALF.COM, INC., <br><br> Defendants. | Case No. 3:07-CV-231 <br><br> (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) <br><br> **DECLARATION OF JEFFREY G. RANDALL IN SUPPORT OF DEFENDANTS EBAY INC.'S AND HALF.COM, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH A SUBPOENA *DUCES TECUM*** |

I, Jeffrey G. Randall, declare as follows:

**1.** I am an attorney admitted to practice before this Court. I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for eBay Inc. and Half.com, Inc. in this action. I have personal knowledge of the facts herein and, if called as a witness, could and would testify competently as to their truth.

1

RANDALL DECL. SUPPORTING DEFENDANTS' REPLY re
ITS MOTION TO COMPEL FISH & RICHARDSON TO COMPLY
WITH A SUBPOENA *DUCES TECUM*  [CASE NO. 3:07-CV-231]

2. Attached hereto as Exhibit 1 is a true and correct copy of *MercExchange L.L.C v. eBay Inc.*, 3:07mc38 (D. Conn. Feb. 9, 2007).

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Steven R. Zahn to Judge James E. Bradberry, dated February 6, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from Brian J. Ankenbrandt to Jennifer Schmied summarizing eBay's meet and confer with Fish & Richardson, dated February 6, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Greg Stillman to Brian J. Ankenbrandt summarizing Hunton & Williams' position on the third party subpoenas, dated February 6, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Gregory N. Stillman to Jeffrey G. Randall discussing Hunton & Williams' representation of Kenneth Nahan, dated January 19, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Gregory N. Stillman to Jeffrey G. Randall discussing Hunton & Williams' representation of Alfred Weaver, dated January 19, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Gregory N. Stillman to Jeffrey G. Randall discussing Hunton & Williams' representation of Nordlicht & Hand, dated January 22, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Gregory N. Stillman to Jeffrey G. Randall discussing Hunton & Williams' representation of Altitude Capital Partners, dated January 19, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 2, 2007, at Washington, D.C.

s/ Jeffrey G. Randall
Jeffrey G. Randall (CA Bar No. 130811)

2

RANDALL DECL. SUPPORTING DEFENDANTS' REPLY re ITS MOTION TO COMPEL FISH & RICHARDSON TO COMPLY WITH A SUBPOENA *DUCES TECUM*  [Case No. 3:07-CV-231]