# Exhibit 2

McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Phone: 757.640.3700
Fax: 757.640.3701
www.mcguirewoods.com

# McGUIREWOODS

February 6, 2007

**VIA HAND DELIVERY**

The Honorable James E. Bradberry
United States District Court for the
  Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA 23510

RE:  *MercExchange, L.L.C. v. eBay Inc., et al.*, Case No: *2:01-CV-736*

Dear Judge Bradberry:

On December 18, 2006, the Court entered an Order permitting additional, post-judgment discovery on an expedited basis, limited to the parties' pending motions for an injunction and a stay. The Order set forth the following relevant dates:

- *January 12, 2007*: all document requests must be served;
- *February 2, 2007*: all objections or responses to document requests are due;
- *February 6, 2007*: the parties must contact your Honor to determine an expedited discovery dispute procedure; and
- *March 2, 2007*: all depositions must be complete.

Pursuant to the Order, the parties served document requests on January 12, 2007. On February 2, 2007, eBay produced thousands of pages of documents in response to MercExchange's requests. Although MercExchange served written objections and responses to eBay's requests on February 2, it has yet to produce any documents and has not indicated when it intends to do so. eBay will continue to confer with MercExchange in an attempt to resolve this issue and any others that may arise, but eBay's prompt receipt of such documents is critical to the completion of depositions by March 2, 2007.

Pursuant to the Court's Order concerning expedited dispute resolution, eBay proposes the following procedure: the parties shall make a good-faith effort to confer regarding any discovery dispute that arises; to the extent disputed issues remain, they may be raised to the Court in a letter not exceeding two pages; a

The Honorable James E. Bradberry
February 6, 2007
Page 2

response also not exceeding two pages shall be due within 24 hours; and finally, the Court shall conduct a teleconference with the parties to resolve the dispute at the Court's earliest convenience.

Respectfully submitted,

Steven R. Zahn

cc: Gregory N. Stillman
Scott L. Robertson
Seth P. Waxman