# Exhibit 3

| | |
|---|---|
| **From:** | Ankenbrandt, Brian |
| **Sent:** | Tuesday, February 06, 2007 6:37 PM |
| **To:** | 'schmied@fr.com' |
| **Cc:** | Hendershot, Michael; Randall, Jeff |
| **Subject:** | Subpoena to F&R in MercExchange L.L.C. v. eBay Inc. et al. |

Jennifer,

As we discussed in our meet-and-confer today, it is now nearly two weeks after the deadline for Fish & Richardson to comply with the subpoena *duces tecum* issued by eBay Inc. and Half.com, Inc. in the above-referenced matter. Indeed, it is three full weeks since Fish & Richardson sent a letter committing to "review our files to determine if we have any material responsive to the subpoena" and "provide a privilege log identifying any documents being withheld." Unfortunately, Fish & Richardson still has not produced any documents or a privilege log, and you were unable to confirm whether or when Fish & Richardson would do so.

Particularly in view of the brief discovery period in this matter--concluding March 2, 2007--we have no choice but to continue to press our motion to compel (Case No. 07-cv-231 IEG before Judge Gonzalez in S.D. Cal., San Diego). To the extent your firm wishes to reduce the number of issues before the Court by actually producing documents and a privilege log in response to the subpoena, we remain willing to discuss the matter further.

I will be out of the office beginning tomorrow. In my absence, please direct any correspondence to Michael Hendershot in the firm's Palo Alto office:

Michael Hendershot
525 University Avenue, Suite 1100
Palo Alto, CA 94301
650-470-4500

Best regards,

Brian Ankenbrandt