# Exhibit 4

```
-----Original Message-----
From: Stillman, Greg [mailto:gstillman@hunton.com]
Sent: Tuesday, February 06, 2007 12:50 PM
To: Ankenbrandt, Brian
Cc: Robertson, Scott; Young, David
Subject: RE: eBay
```

Brian how about your calling me at 4:15 my time. But let me give you a preview of our position, which of course will not be a surprise. First, nothing eBay has subpoenaed from Alf Weaver has any relevance to this proceeding Second, nothing eBay has requested pertaining to the reexam process is relevant. Third, you have received documents already from Altitude Capital. Fourth, you have received documents, or will shortly, from uBid. As for the Nahan's and their counsel, the Nahans are out of town, but we are working to collect responsive documents as soon as possible, and we hope to have this within the next ten days. But you already have our objections. Finally we do not believe that it is appropriate or efficient to have five separate motions to compel in four separate jurisdictions. These issues need to be resolved in the Eastern District of Virginia. Thanks. Look forward to speaking with you at 4:15.