Mercexchange, L.L.C. v. eBay Inc. et al
Case 3:07-cv-00231-IEG-POR   Document 14-8   Filed 02/13/2007   Page 1 of 2
Doc. 14 Att. 7

# Exhibit 7



HUNTON & WILLIAMS LLP
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510

TEL    757 • 640 • 5300
FAX    757 • 625 • 7720

GREGORY N. STILLMAN
DIRECT DIAL: 757-640-5314
EMAIL: GSTILLMAN@HUNTON.COM
FILE NO: 56614.14

January 22, 2007

*Via Facsimile*

Jeffrey G. Randall, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94306

<u>MercExchange v. eBay, Inc., Half.com, Inc.</u>

Dear Jeff:

    We will be representing Nordlicht & Hand and are in receipt of your January 11, 2007 subpoena issued in New York. Nordlicht & Hand objects to the requests in this subpoena as being overly broad and unduly burdensome, as well as seeking documents that are proprietary, highly confidential, and/or are protected by the attorney-client privilege. Based on these objections, Nordlicht & Hand does not plan on responding to this subpoena until we can have a "meet and confer" regarding these requests.

    Best regards,

Yours sincerely,

Gregory N. Stillman

01368/05953

cc:   Allan M. Soobert, Esq.
      Robert W. McFarland, Esq.
      Seth P. Waxman, Esq.