# Exhibit 8



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510

TEL    757 • 640 • 5300
FAX    757 - 625 - 7720

GREGORY N. STILLMAN
DIRECT DIAL: 757-640-5314
EMAIL: GSTILLMAN@HUNTON.COM
FILE NO: 56614.14

January 19, 2007

*Via Facsimile*

Jeffrey G. Randall, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94306

<u>MercExchange v. eBay, Inc., Half.com, Inc.</u>

Dear Jeff:

    We will be representing Altitude Capital Partners and are in receipt of your January 11, 2007 subpoena issued in New York. Altitude Capital Partners objects to the requests in this subpoena as being overly broad and unduly burdensome, as well as seeking documents that are proprietary, highly confidential, and/or are protected by the attorney-client privilege. Based on these objections, Altitude Capital Partners does not plan on responding to this subpoena until we can have a "meet and confer" regarding these requests.

    Best regards.

Yours sincerely,

Gregory N. Stillman

01368/05953

cc:    Allan M. Soobert, Esq.
        Robert W. McFarland, Esq.
        Seth P. Waxman, Esq.

ATLANTA   BANGKOK   BEIJING   BRUSSELS   CHARLOTTE   DALLAS   HOUSTON   KNOXVILLE
LONDON   McLEAN   MIAMI   NEW YORK   NORFOLK   RALEIGH   RICHMOND   SINGAPORE   WASHINGTON
www.hunton.com