Jeffrey G. Randall (CA Bar No. 130811)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue
Washington, DC 20005
(202) 371-7000

David Peyman (CA Bar No. 234268)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Attorneys for Defendants
eBay Inc. and Half.com, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C., | Case No. 3:07-cv-231 |
| Plaintiff, | (Case No. 2:01-CV-736 Pending in the United States District Court for the Eastern District of Virginia) |
| v. | |
| eBAY INC. AND HALF.COM, INC., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I hereby certify that on February 13, 2007, I electronically filed the following documents:

(1) Defendants eBay Inc.'s and Half.com, Inc.'s Reply in Support of Their Motion to Compel Fish & Richardson P.C. to Comply with a Subpoena *Duces Tecum*,

(2) Declaration of Jeffrey G. Randall in Support of Defendants eBay Inc.'s and Half.com, Inc.'s Reply in Support of its Motion to Compel Fish & Richardson to Comply with a Subpoena *Duces Tecum*, and

1

**CERTIFICATE OF SERVICE**
**Case No. 3:07-cv-231**

(3) Defendants eBay Inc. and Half.com, Inc.'s Opposition to Plaintiff MercExchange, L.L.C.'s Motion to Quash Subpoena *Duces Tecum* Upon Fish & Richardson P.C.

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ann Marie Mortimer of Hunton & Williams (amortimer@hunton.com) and Jennifer Schmied of Fish & Richardson (schmied@fr.com) at the e-mail addresses denoted on the Electronic Mail Notice List.

I hereby certify that on February 14, 2007, I caused a copy of the above-listed documents to be sent via facsimile to the following parties in this action:

> John J. Steele, Esq.
> Fish & Richardson P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063-1526
> Facsimile: 650-839-5071
>
> Gregory N. Stillman, Esquire
> Hunton & Williams
> SunTrust Center #1000
> Norfolk, VA 23510
> Facsimile: 757-625-7720
>
> Scott L. Robertson, Esquire
> Hunton & Williams
> 1900 K Street, N.W.
> Washington, DC 20006
> Facsimile: 202-778-2201
>
> Seth P. Waxman, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20006
> Facsimile: 202-663-6363

/s/ Jeffrey G. Randall
Jeffrey G. Randall