UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

07 FEB 20 AM 8:35

MercExchange, Inc. )
   Plaintiff )
)
vs. )
)
eBay, Inc. and Half.com, Inc. )
   Defendant )
_____)

Case No. ~~NSC~~ 07CV0231-IEG (POR)

PRO HAC VICE APPLICATION

MercExchange, Incy: _____
Party Represented

DEPUTY

I, __Gregory N. Stillman__ hereby petition the above entitled court to permit me
   (Applicant)
to appear and participate in this case and in support of petition state:

My residence address and phone number are: __816 Greentree Arch, Virginia Beach, Virginia 23451__  __757-422-6244__

My firm name is: __Hunton & Williams LLP__

My office address and phone number are: __500 East Main St., Suite 1000, Norfolk, Virginia 23510__  __757-640-5314__

That on _____ I was admitted to practice before __(see attached)__ ;
                                                         (Name of Court)
and am currently in good standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court;

That I (~~have~~) (have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application _____ granted _____ denied

I declare under penalty of perjury that the foregoing is true and correct.

                                       (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

__Ann Marie Mortimer__      __213-532-2000__
(Name)                                      (Telephone)
__550 South Hope St., Suite 2000, Los Angeles, California 90017__
(Street)                                  (City)                             (Zip code)

                                       Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Date 2/14/07
It is so ordered,

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

Gregory N. Stillman
Pro Hac Vice Application
U.S. District Court, Southern District of California

*Dates Admitted to Practice:*

| | |
|---|---|
| United States District Court, Eastern District of Virginia: | 10/16/1974 |
| United States District Court, Western District of Virginia | 10/16/1974 |
| United States Bankruptcy Court, Eastern District of Virginia | 10/16/1974 |
| Fourth Circuit, Court of Appeals | 09/12/1984 |
| United States Supreme Court | 03/02/1992 |
| United States Court of Appeals for the Federal Circuit | 05/06/2003 |
| | |
| Admitted to Virginia State Bar | September 1974 |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On **February 12, 2007**, I served the foregoing document(s) described as **Pro Hac Vice Application** on the interested parties in this action:

| | |
|---|---|
| Jeffrey G. Randall, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Email: jrandall@skadden.com<br>**Attorneys for Defendants** | David Peyman, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Email: dpeyman@skadden.com<br>**Attorneys for Defendants** |

☒    **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐    **By FAX:** by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☐    **By FEDERAL EXPRESS:** by causing same to be delivered via Federal Express to the addressee(s).

☐    **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 12, 2007**, Los Angeles, California.

_____
Dennis Landry