AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mercexchange, LLC

V.   **JUDGMENT IN A CIVIL CASE**

Ebay Inc.

**CASE NUMBER:** 07CV0231-IEG(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to compel is denied without prejudice. Plaintiff's motion to quash subpoena duces tecum is denied without prejudice......................................

| February 21, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ J. Petersen |
| | (By) Deputy Clerk |

ENTERED ON February 21, 2007